# EXHIBIT 1

https://www.dropbox.com/scl/fi/tchrkaqk204dud4gp2nr7/Taake-Tate-BWC-Clip-Made-with-Clipchamp.mp4?rlkey=kzahs5mvk8p7kftfl4ehjzh1c&st=44m7xjsm&dl=0