# EXHIBIT 2

[https://www.dropbox.com/scl/fi/9j5vdet2y15hqbf24xos6/CAP06-001784381.mov?rlkey=95as59e8993ca4hnm0z8thif0&st=9sx0wogj&dl=0](https://www.dropbox.com/scl/fi/9j5vdet2y15hqbf24xos6/CAP06-001784381.mov?rlkey=95as59e8993ca4hnm0z8thif0&st=9sx0wogj&dl=0)