# EXHIBIT 4



**U.S. Department of Justice**

Federal Bureau of Prisons

*Northeast Regional Office*

*Via Certified and Return Receipt Mail*

U.S. Custom House-7th Floor
2nd & Chestnut Streets
Philadelphia, PA 19106

February 11, 2025

Andrew Taake, Reg. No. 56677-509
4411 Averville Street
Houston, TX 77009

    Re: Administrative Claim No. TRT-NER-2024-08359

Dear Mr. Taake:

    Your Administrative Claim No. TRT-NER-2024-08359, properly received on August 22, 2024, has been considered for settlement as provided by the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2672, under authority delegated to me by 28 C.F.R. § 543.30. Damages are sought in the amount of $250,000.00 based on a personal injury claim. Specifically, you allege that on April 20, 2023, staff at USP Lewisburg administered Estrogen instead of Testosterone. As a result, you claim you suffered from mood swings, fatigue, and extreme pain and other side effects caused by gynecomastia as a result of the treatment. You also claim staff denied you Estrogen blockers for one month and intimidated you from making other complaints.

    An investigation into this matter, including a review of your medical records, reflects there is insufficient evidence to substantiate the allegations you have made in your claim. On April 20, 2023, you were mistakenly given one dose of Estrogen Valerate, 10 mg instead of your prescribed Testosterone Cypionate. The mistake was immediately noticed. It was explained to you that Estrogen has a significantly shorter half-life (10-14 days) than testosterone and that your body would likely convert some of the Estrogen into Testosterone. On May 30, 2023, over four weeks after receiving the Estrogen, you had labs drawn which were elevated. It was determined that the cause was either your current dose of Testosterone peaking too high, or a genetic condition causing Testosterone to convert to Estrogen at greater levels. An Endocrine consultation was submitted; however, you transferred from BOP custody soon thereafter. While one wrong dose was administered, the side-effects you describe do not correlate with known side-effects of an incorrect dosing of Estrogen. There is no evidence you experienced a compensable loss as the result of negligence on the part of any Bureau of Prisons employee. Accordingly, your claim is denied.

    If you are dissatisfied with this decision, you may bring an action raising only your personal injury claim against the United States in an appropriate U.S. District Court within six (6) months of the date of this letter.

                                     Sincerely,

                                     A. M. Johnson
                                   Regional Counsel

cc:   J. Sage, Warden, USP Lewisburg

COPY



**U.S. Department of Justice**

Federal Bureau of Prisons

*Northeast Regional Office*

COPY

*Via Certified and Return Receipt Mail*

U.S. Custom House-7th Floor
2nd & Chestnut Streets
Philadelphia, PA 19106

February 13, 2025

Andrew Taake, Reg. No. 56677-509
4411 Averville Street
Houston, Texas 77009

Re: Administrative Claim No. TRT-NER-2024-08357

Dear Mr. Taake:

Your Administrative Claim No. TRT-NER-2024-08357, properly received on November 29, 2024, has been considered for settlement as provided by the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2672, under authority delegated to me by 28 C.F.R. § 543.30. Damages are sought in the amount of $2,500,000.00 based on a personal injury claim. Specifically, you allege at the Federal Correctional Institution in Lewisburg, Pennsylvania ("FCI Lewisburg") from November 1, 2021, through May 29, 2023, you were denied treatment for severe hypogonadism, including necessary surgical intervention to remove gynecomastia.

An investigation, including a review of medical records, reflects there is not sufficient evidence to substantiate the allegations of this claim. Your hypothalamic hypogonadism due to a history of extensive elective anabolic steroid use for muscle enhancement was properly managed while incarcerated, including treatment with Testosterone Cypionate medication when appropriate.

There is no evidence you experienced a compensable loss as the result of negligence on the part of any Bureau of Prisons employee. Accordingly, your claim is denied.

If you are dissatisfied with this decision, you may bring an action raising only your personal injury claim against the United States in an appropriate U.S. District Court within six (6) months of the date of this letter.

Sincerely,

A. M. Johnson
Regional Counsel

cc: Jessica Sage, Warden, FCI Lewisburg