IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO. 1:25-cv-3029

ANDREW QUENTIN TAAKE

    Plaintiff,

v.

UNITED STATES OF AMERICA,
COLETTE S. PETERS as the
DIRECTOR OF THE FEDERAL
BUREAU OF PRISONS, and
PAM BONDI, Attorney General,
As Head of the U.S. DEPARTMENT
OF JUSTICE and Successor to
MERRICK GARLAND

    Defendants.
_____/

## SECOND NOTICE OF ERRATA

The Plaintiff, ANDREW QUENTIN TAAKE, respectfully submits this Notice of Errata regarding the Complaint filed on September 5, 2025, and states as follows:

1. On September 5, 2025, the Plaintiff filed the Complaint initiating this action.

2. The filing inadvertently omitted the full residence address of the parties as required by Local Rule 5.1(c).

3. Attached hereto as **Exhibit A** is a corrected version of the Complaint which includes the full residence address of each party in compliance with the Local Rules.

WHEREFORE, Plaintiff respectfully files this Notice of Errata and requests that the attached corrected Complaint be deemed the operative initiating pleading.

Dated:  September 12, 2025        Respectfully submitted,

/s/ *Peter Ticktin*

Peter Ticktin, Esquire
Roger Roots, Esquire
**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Serv606@LegalBrains.com
Serv514@LegalBrains.com
Telephone: 561-232-2222
*Attorneys for the Plaintiff*