image000000
125K