## AFFIDAVIT OF SERVICE

| Case: 1:25-cv-03029-egs | Court: UNITED STATES DISTRICT COURT for the District of Columbia | County: Columbia | Job: 14302621 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Andrew Quentin Taake | | **Defendant / Respondent:** PAM BONDI, ATTORNEY GENERAL, AS HEAD OF THE U.S. DEPARTMENT OF JUSTICE AND SUCCESSOR TO MERRICK GARLAND | |
| **Received by:** TOP LEGAL SERVICES | | **For:** THE TICKTIN LAW GROUP | |
| **To be served upon:** PAM BONDI, ATTORNEY GENERAL, AS HEAD OF THE U.S. DEPARTMENT OF JUSTICE AND SUCCESSOR TO MERRICK GARLAND | | | |

I, Menzo Lowery, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| **Recipient Name / Address:** | Tusmo Ali, Designated Agent: 601 D Street Northwest, Washington, DC 20530 |
| **Manner of Service:** | Government Agency, Oct 6, 2025, 3:19 pm EDT |
| **Documents:** | SUMMONS, CORRECTED COMPLAINT UNDER THE FEDERAL TORT CLAIMS ACT, BIVENS AND 42 U.S.C. §1983 AND FOR VIOLATION OF CIVIL RIGHTS WITH EXHIBITS, STANDING ORDER GOVERNING CIVIL CASES BEFORE JUDGE EMMET G. SULLIVAN, NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE |

**Additional Comments:**
1) Successful Attempt: Oct 6, 2025, 3:19 pm EDT at Company: 601 D Street Northwest, Washington, DC 20530 received by Tusmo Ali. Age: 35; Ethnicity: African American; Gender: Female; Weight: 140; Height: 5'; Other: Paralegal;

_[signature]_    10/07/2025

Menzo Lowery    **Date**

Top Legal Services
15800 Pines Boulevard
Suite 333
Pembroke Pines, FL 33027
(954) 812-9229