# Exhibit 1

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

**1. Submit to Appropriate Federal Agency:** FBOP Central Office, 320 First Street, N.W, Washington, DC 20534

**2. Name, address of claimant, and claimant's personal representative if any.** Andrew Q. Taake #56677-509, FDC Philidelphia, P.O. Box 562, Philidelphia, PA 19105

**3. TYPE OF EMPLOYMENT:** ☒ CIVILIAN

**4. DATE OF BIRTH:** [redacted]

**5. MARITAL STATUS:** Single

**6. DATE AND DAY OF ACCIDENT:** 04/20/2023

**7. TIME (A.M. OR P.M.):** 6:30-7:00 AM

**8. BASIS OF CLAIM:** While incarcerated at USP Lewisburg, I was supposed to be treated with testosterone, yet this day (and possibly other times) I was injected with a "trans" inmate's Estrogen. Medical Staff Dudley told me it was my testosterone before he administered the wrong medication. I suffered from hot flashes, headaches, severe mood swings, weakness/fatigue, extreme pain & fluid leakage from the gyneasmastia that was caused by other maltreatment. Was then denied estrogen blockers to stop the month long side effects. This was a very traumatic event... → additional pg

**10. PERSONAL INJURY/WRONGFUL DEATH**

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
OFFICE OF THE REGIONAL COUNSEL
AUG 2 2 2024
NERO - PHILADELPHIA

**11. WITNESSES**

| NAME | ADDRESS |
|---|---|
| Andrew Edinger, Dr at Lewisburg; B. Tharp; Correctional Counselor; Dudley; Medical Staff | USP Lewisburg, 2400 Robert Miller Rd., Lewisburg, PA 17837 |

**12b. PERSONAL INJURY:** $250,000.00

**13a. SIGNATURE OF CLAIMANT:** Andrew Taake #56677-509

**14. DATE OF SIGNATURE:** 8-6-24

| INSURANCE COVERAGE | | |
|---|---|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property. | | |
| 15. Do you carry accident Insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  ☐ No <br><br> X | | |
| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☐ Yes  ☐ No <br><br> X | | 17. If deductible, state amount. <br><br> X |
| 18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts). <br><br> X | | |
| 19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  ☐ No <br><br> X | | |

### INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

### PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

Andrew Taake
#54677-509

Cont'd from Andrew Taake 4-20-23 Wrong Medication Injection

that was an overarching descriptor of USP Lewisburg's unproffesional medical department. They claim it was not possible to have happened more than once because as Edinger claimed, "We closely track these medications." Contrary to that claim they DID do this admittingly, and I had a long track record of making the same claims of effects that were brought on by this horrendous medication mixup months BEFORE this incident ever was recorded. This leads to the conclusion that I HAD been injected with other inmate's estrogen at other times.

Edinger then went on to Downplay the severity & length of effects, saying it would only last a few days, but I dealt with these for upwards of one full month.

Next in this traumatic experience, Edinger then had other staff members seemingly intimidate me. He told the Shift Supervisor that I was a possible threat to staff, because of my well deserved concerns of my health. I was pulled from housing unit to be interogated 2 times.

This situation ties to my 18 month long struggle to have my diagnosed hypogonadism treated properly!

Andrew Taake #56677-509
FDC Philidelphia
P.O. Box 562
Philidelphia, PA 19

NorthEast Regional Office -
Federal Tort Claim -
U.S. Customs House,
2nd & Chestnut Streets,
Philidelphia, PA 19106

CERTIFIED MAIL
7002 2410 0000 6691 2594

U.S. POSTAGE PAID
FCM LG ENV
PHILADELPHIA, PA 19105
AUG 19, 2024
$0.00
R2305K132042-32

19106
Retail
RDC 99