# Exhibit 2

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

**1. Submit to Appropriate Federal Agency:** FBOP/United States Marshals Service
Central Office
320 First Street, N.W.
Washington, D.C. 20534

**2. Name, address of claimant, and claimant's personal representative if any.** (See Instructions on reverse). Number, Street, City, State and Zip code.
Andrew Taake #56677-509
FDC Philidelphia P.O. Box 562
Philidelphia, PA 19105

**3. TYPE OF EMPLOYMENT:** ☒ CIVILIAN
**4. DATE OF BIRTH:** [redacted]
**5. MARITAL STATUS:** Single
**6. DATE AND DAY OF ACCIDENT:** 11-01-2021 / 5-29-2023
**7. TIME (A.M. OR P.M.):** All

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).
At USP Lewisburg, I was mistreated medically by Dr. Edinger, and other medical staff, by denying treatment for hypogonadism for 9 months, and then not given proper treatment thereafter. I was only given one single shot of testosterone per month when it should have been once per week. I was constantly complaining of symptoms; extreme fatigue, bone density issues, apetite/sleep issues, rapidly advancing gynecomastia (breast growth) that was very painful & even leaked bloody discharge, massive mood swings, severe depression, memory loss/recall issues, hair thinning, muscle loss, fat gain, and possible future

**9. PROPERTY DAMAGE**
NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

*[Stamp: DATE RECEIVED FEDERAL BUREAU OF PRISONS OFFICE OF THE REGIONAL COUNSEL AUG 22 2024 NERO-PHILADELPHIA]*

**10. PERSONAL INJURY/WRONGFUL DEATH**
STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.
Mental Anguish, Pain & Suffering from deliberate indifference. Future pain & suffering being necessary to surgically remove gynecomastia, caused by refusal to treat diagnosed hypogonadism.

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Dr. Andrew Edinger, B. Tharp; Counselor Reinart; Case Manager Dr. Rishel, HSA | USP Lewisburg 2400 Robert F. Miller Dr. Lewisburg, PA 17837 |

**12. AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| | $2,500,000.00 | | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

**13a. SIGNATURE OF CLAIMANT:** Andrew Taake #56677-509
**13b. PHONE NUMBER OF PERSON SIGNING FORM:**
**14. DATE OF SIGNATURE:** 8-6-24

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

| INSURANCE COVERAGE |
|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property. |

15. Do you carry accident Insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No   17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) **BACK**

Andrew Taake
#56677-509

-Cont'd from Andrew Taake Hypogonadism Maltreatment. problems with fertility. The large gynecomastia/breast growth also leads to much higher risks of a multitude of cancers in men when not addressed quickly. This textbook case of <u>Deliberate Indifference</u> also lead to 3 attempted sexual assaults by other inmates because of living in a penitentiary with B-cup breasts as a Man. I was then punished for defending myself on two occassions. One assault led to a permanently disfigured hand (claimed in a seperate tort claim). I lived in a physical & mental state of hell for 18+ Months due to the mental anguish of being forced to live with sub-200 ng/bz (high for a woman, or normal for 80 year old Man) while incarcerated around sexually deprived men, and from the constant roller coaster of emotions. The constant depression spurred on by this mistreatment has led to a downward spiral now requiring psych meds & weekly meetings with mental health staff to try to maintain some equilibreum that would otherwise be made whole by just treating the underlying hypogonadism. I will have to have an expensive and overwhelmingly painful surgery to remove the gynecomastia. This is going to be a traumatic experience as well that was completely avoidable had Edinger taken my early complaints of sensitive/painful breast growth upon our first meetings as a serious matter. I will be having a full mastectomy essentially that will cost many thousands of dollars, while taking multiple months to heal. This will cause missed work, and my body will be forever changed by causing nerve damage while removing the engorged glands. I will never get over the anguish of the emotional/mental injuries.

Andrew Taake #56677-509
FCI Philadelphia
P.O. Box 562
Philadelphia, PA 19

NorthEast Regional Office —
Federal Tort Claim —
U.S. Customs House,
2nd & Chestnut Streets,
Philadelphia, PA 19106

CERTIFIED MAIL
7002 2410 0000 6691 2594

U.S. POSTAGE PAID
FCM LG ENV
PHILADELPHIA, PA 19105
AUG 19, 2024
$0.00
R2305K132042-32

19106
Retail
RDC 99