# Exhibit 3

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: Federal Bureau of Prisons Central Office 320 First Street, N.W. Washington, D.C. 20534 / United States Marshal Service | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. Andrew Taake 56677-509 FCI Beaumont-Medium P.O. Box 26040 Beaumont, TX 77720 |
|---|---|

| 3. TYPE OF EMPLOYMENT: ☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS: Single | 6. DATE AND DAY OF ACCIDENT: 11-1-2021 through 5-29-2023 | 7. TIME (A.M. OR P.M.): All |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

I was medically mistreated while at USP Lewisburg by Dr. Andrew Edinger, and other medical staff, by denying treatment for severe hypogonadism. I was a pretrial inmate, so the U.S. Marshals were also made aware of my problems, as was my judge (Carl J. Nichols-D.C. Circuit), and prosecutor on my current case. It is in court documents, medical records, as well as communications between U.S. Marshals + Madison Mumma- Federal Prosecutor as to the full extent of my condition. At every turn Dr. Edinger denied my real side effects, →

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
OFFICE OF THE REGIONAL COUNSEL
NOV 25 2024
NERO - PHILADELPHIA

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Mental anguish, Pain + suffering from deliberate indifference. Future pain + suffering being necessary to surgically remove gynecomastia caused by refusal to treat known/diagnosed hypogonadism. Continual suffering + sexual harassment from other inmates for rest of my sentence being forced to live with male breast growth. 8th + 14th Amendment violations

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Dr. Andrew Edinger Dr. Rishel B. Tharp - Correctional Counselor Reinart - Case Manager | USP Lewisburg 2400 Robert F. Miller Rd. Lewisburg, PA 17837 |

12. AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY $2,500,000.00 | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT: Andrew Taake 56677-509 | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE: 11-7-24 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

| INSURANCE COVERAGE |
|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property. |

15. Do you carry accident insurance?  ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☒ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☐ Yes   ☒ No  |  17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

N/A

19. Do you carry public liability and property damage insurance?   ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) **BACK**

Cont'd SF-95 (sect.8) #1

refused treatment, and went as far as slandering me in a Clinical Encounter note by claiming, without evidence, that I am a steroid abuser. Yet in the same encounter note on page 2, he admits that there is an unknown etiology for my condition. My constant complaints of extreme fatigue, bone density issues, apetite & sleep problems, severe mood swings, terrible depression, memory loss & recall problems, hair thinning, muscle wasting & fat gain; the biggest was the advancing gynecomastia (male breast growth) that was completely ignored, told it would just miraculously go away, was extremely painful, leaking bloody discharge at times, caused multiple ③ instances of inmates trying to sexually assault me from living in jail with men while having breasts, and the real risk of future cancers forming.

* Aside, I am <u>not</u> claiming that staff assaulted me, or that the inmate occurrences were documented as such. I did not report them as that would have put an even larger target on my back. 2 of those instances were documented with 100 series shots for the insuing fights to stop the assaults. Do <u>NOT</u> use this as a basis to reject the whole claim, as this is to paint a complete picture of my suffering at the hands of this Doctor *

Now, in August 2022, when Edinger finally gives in to my needs for testosterone therapy, he completely (seemingly purposely) screwed up the dosage & interval by using Testosterone Cypionate on a once per month schedule when it needs to be once per week. He had blood panels taken even showing that his dosing was improper & needed to be adjusted. I was getting a large spike in testosterone levels the 1st week & living sub 200 ng/DL for the rest of the month. For the majority of the 18 months I spent at Lewisburg, I was forced to live with testosterone levels bordering on high for a woman, and low for an 80 year old man.

September of 2022 I was shipped to Northern Neck Regional Jail in Warsaw, VA (another Fed Holdover), where the Doctor there properly adjusted my meds, and took my gynecomastia serious. They did take pictures of & schedule

Cont'd SF-95 (section 8) #2

me for a mammogram. This didn't occur befor the Marshals moved me back to USP Lewisburg, including the necessary USM-255 form about my medications. Upon returning back to Lewisburg December '22, Dr. Edinger told me he did NOT care that the other Doctor had properly adjusted my meds or that they had sent a supply with me, and that I would be forced back to the same improper dosing/interval even with all my serious protestations of side effects that would bring. (To back up this claim of his indifference, you may cross refference claims 2024-08358 or 2024-08359 to see where at the same December 2022 meeting Edinger claimed he would get me an appt. with a hand specialist.... of which he denied as well. Even though the U.S. marshals had approved while at Northern Neck Regional Jail)

The deliberate indifference did not stop with the Marshals, Dr. Edinger, but even extended to N.P. Jesse Ayers whom would cuss me out for even turning in a sick call for this or other unrelated illnesses. I would get told "What the fuck is wrong with you now, Taake?" or "Jesus, do you ever stop complaining about things?" There seemed to be an air of indifference to real suffering.

My Issues could have been easily handled by simple testosterone injections on the proper weekly schedule, and occasional blood testing... The same exact thing that is done for "Transgender" inmates. Inmates that desire opposite sex hormones recieve them while I who has a medically proven necessity can not get proper treatment. This is a clear case running afoul of the 14th ammendment, by not giving me the same treatment as others. Also, 8th ammendment Cruel & Unusual punishment arguments arrise for knowingly having me suffer for months when viable & cost effective treatments are available.

Now to discuss the further effects of my suffering from this

Cont'd SF-95 (sect. 8) #3

I have had to get on mental health meds to cover the unnecessary depression - Trazodone - for which I would not need if my hypogonadism was properly treated. I will also have to recieve an expensive + painful glandectomy, or surgery to remove the gynecomastia, after this that is going to take months to heal up from. This will amount to a full mastectomy level because of the advanced size of the gynecomastia.

For further clarification, this in NOT just a U.S. Marshals or USP Lewisburg problem, but one that extends to my current facilities. After leaving Lewisburg in May 2023, I went to D.C. Jail for one year where they properly treated my hypogonadism. Upon going to FDC Philidelphia in June 2024, I was again denied treatment for this, even though they admitted in my most recent BP-9 there that they were treating male + females with opposite sex hormones. The BOP refused to send me to FMC Ft. Worth where I would have a better chance at treatment, opting instead for Beaumont Medium. Said facility has also denied treatment, saying I should be at a higher care level facility to maybe get treated.

At this point, I have more time in Federal Custody not being treated for a serious medical condition than I do recieving treatment. 40 months in and denied treatment at FDC Houston, Grady County, OK, USP Lewisburg, FDC Philidelphia, Beaumont Medium. At what point do I get treated properly?

\* I included a copy of 1st Rejected Claim to show original date I filed. was just now able to get Cert Mail slips + copies to resend.

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: BOP/ United States Marshals Service Central Office 320 First Street, N.W. Washington, D.C. 20534 | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. Andrew Taake #56677-509 FDC Philadelphia P.O. Box 562 Philadelphia, PA 19105 |
|---|---|

| 3. TYPE OF EMPLOYMENT: ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS: Single | 6. DATE AND DAY OF ACCIDENT: 11-01-2021 / 5-29-2023 | 7. TIME (A.M. OR P.M.): All |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary). At USP Lewisburg, I was mistreated medically by Dr. Edinger, and other medical staff, by denying treatment for hypogonadism for 9 months, and then not given proper treatment thereafter. I was only given one single shot of testosterone per month when it should have been once per week. I was constantly complaining of symptoms; extreme fatigue, bone density issues, appetite/sleep issues, rapidly advancing gynecomastia (breast growth) that was very painful & even leaked bloody discharge, massive mood swings, severe depression, memory loss/recall issues, hair thinning, muscle loss, fat gain, and possible future

9. PROPERTY DAMAGE
NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
OFFICE OF THE REGIONAL COUNSEL
AUG 22 2024
NERO - PHILADELPHIA

10. PERSONAL INJURY/WRONGFUL DEATH
STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT. Mental Anguish, Pain & Suffering, Future Pain & Suffering, being necessary to surgically remove gynecomastia, caused by refusal to treat diagnosed hypogonadism. deliberate indifference

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Dr. Andrew Edinger, B. Tharp; Counselor, Reinart, Case Manager, Dr. Rishel, HSA | USP Lewisburg 2400 Robert F. Miller Dr Lewisburg, PA 17837 |

12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
|  | $2,500,000.00 |  |  |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). Andrew Taake #56677-509 | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE 8-6-24 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.3



**U.S. Department of Justice**

Federal Bureau of Prisons

Northeast Regional Office

<u>Via Certified and Return Receipt Mail</u>

U.S. Custom House-7th Floor
2nd & Chestnut Streets
Philadelphia, PA 19106

October 1, 2024

Andrew Taake, Reg. No. 56677-509
FDC Philadelphia
P.O. Box 562
Philadelphia, PA  19105

Re:  Your Administrative Claim Received August 22, 2024
     Claim No. TRT-NER-2024-08357

Dear Mr. Taake:

This is in reference to your administrative claim in which you seek compensation in the amount of $2,500,000.00 for alleged personal injuries you suffered between November 1, 2021, and May 29, 2023, at FCI Fort Dix. *& Lewisburg*

After review, your documents seem to involve separate allegations against the Bureau of Prisons. You allege "mental anguish, pain and suffering, deliberate indifference, future pain and suffering, being necessary to surgically remove gynecomastia caused by refusal to treat diagnosed hypogonadism." Additionally, you make a vague allegation of sex crimes, for which you do not provide an incident date, place where the incident occurred, and an explanation of events. In order to properly investigate the merits of the claims you have presented and to be more clear and concise, we ask that you resubmit each claim separately. Please note, under 28 U.S.C. § 2401, this type of claim has a statute of limitation which requires the claim to be filed within two years of the date of the incident. Accordingly, your claim is rejected at this time.

We are returning your claim documents to you for such action as you deem appropriate.

Sincerely,

A. M. Johnson
Regional Counsel

Enclosures

USPS Certified Mail
$0.00
NOV 20, 2024
BEAUMONT, TX 77707
FCM LETTER
U.S. POSTAGE PAID
19106
Retail
RDC 99

CERTIFIED MAIL
9589 0710 5270 1814 6922 73

— Northeast Regional Office — Tort Claim
U.S. Custom House — 7th Floor
2nd & Chestnut Streets     200 Chestnut St
Philadelphia, PA 19106

Andrew Taake — 86677-509
Fed Beaumont - Medium
P.O. Box 26040
Beaumont, TX 77720