# Exhibit 5

BP-A0943    Small Claims for Property Damage or Loss (31 U.S.C. § 3723) CDFRM
MAY 09
U.S. DEPARTMENT OF JUSTICE            FEDERAL BUREAU OF PRISONS

1. Location where the property loss or damage occurred: USP Lewisburg
   Unit C
   Cell 301

2. Name, address of claimant (Register number, street, city, state, and zip code):
   ANDREW TAAKE - 56677-509
   2400 Robert F. Miller
   USP Lewisburg
   Lewisburg, PA 17837

3. Date and Day of Incident: 2-28-22

4. Time: (A.M. or P.M.): PM 9:00

5. Basis of Claim (State in detail the known facts and circumstances of the damage to, or loss, of privately owned property, identifying persons and property involved, the place of occurrence and the cause thereof)(Use additional pages, if necessary.):

I was sent to the SHU for a rules violation. Officer Kyle Harstead and others packed up my property. They threw away many items that should not have been discarded. Others heard them say they were going to "throw away any open items". They even threw away vitamins that were open, pens, books, q-tips... many items other than food items. Also, they threw away many completely unopened items. Will include list on seperate page with reciepts.
The property was also NEVER inventoried or reviewed by me as the Property Record document said it should have been.

6. Witnesses (Please provide the name and address (number, street, city, state, and zip code of each witness)):
   Thomas Ballard 59329-509
   2400 Robert F. Miller
   USP Lewisburg
   Lewisburg, PA 17837

   Cody Mattice
   2400 Robert F. Miller
   USP Lewisburg
   Lewisburg, PA 17837

7. Amount of Claim for Damage to, or loss of, privately owned property (in dollars) (Sum Certain Amount - Total Amount Of Claim):
   $121.72 $160.02

8. MAIL OR DELIVER CLAIM TO THE REGIONAL OFFICE WHERE THE CLAIM OCCURRED

I CERTIFY THAT THE AMOUNT OF THE CLAIM COVERS ONLY DAMAGE TO, OR LOSS OF PRIVATELY OWNED PROPERTY CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

9. Signature of Claimant or Authorized Representative
   ANDREW TAAKE

10. Date 4-4-22

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
REGIONAL COUNSEL OFFICE
APR 21 2022

WPD      Prescribed by PS 1320      NERO-PHILADELPHIA

On Feb 28th, 2022, I was involved in an altercation at 8 p.m. I broke off the engagement before officer Kyle Harstedt had to intervene. I went directly to the SHU. Soon after officer Harstedt locked everyone down. He then put Thomas Ballard (my cellmate) in the shower while he began to pack up my property. Mr. Ballard overheard the officer multiple times say "Yes, throw away anything open." The problem is they threw away open things such as vitamins/supplements that shouldn't have been; bodywashes, shampoos, conditioners, sealed containers of coffee, soap dish, socks, sweatpants. I am missing more items than they actually packed for me. I'm even missing many items I can't claim here as they were given to me as a favor from other people. When Mr. Ballard returned to the cell, all my belongings were gone; he assumed were packed up in my property until he saw me return with the few items that were actually left (included on the inventory sheet). Cody Mattice & myself got told by officer Horstedt while in the USHU that "He was pissed he didn't get to spray us (o/c spray) as I broke off of the altercation. This plays into why I was missing so many items. Mr. Mattice was also missing items & there was his property was packed up goes to support the same claim by the officer; smashed chips, containers of coffee poured all over his clothes in property container, books damaged.

On top of the items I showed receipts for, I am missing a book that family sent me. It was a $100 book, but I also had 2 full books of stamps that were stored for safe keeping as we had just moved to a new unit. I have included a copy of the photo copy when the book came through the mail

BP-A0383
G 11

**INMATE PERSONAL PROPERTY RECORD** CDFRM

U.S. DEPARTMENT OF JUSTICE          FEDERAL BUREAU OF PRISON

| Institution: USP Lewisburg | 1. Name: Taarc, Andrew | |
|---|---|---|
| 2. Register No: 56677-509 | 3. Unit: C-block | 4. Date & Time of Inventory: 2/28/22 9:00PM |

5. Purpose of Inventory (check one that applies): Date and Time of Action: _____
   a. __ Admission   b. __ Hospital   c. __ Writ   d. __ Transfer   e. __ Detention
   f. __ Release   g. __ Incoming Package   h. __ Other (specify)

6. Disposition (Disp.)
D-Donated   M-Mail   S-Storage
K-Keep in Possession
C-Contraband (Attach BP-S102)

7. Type of Property:

**a. Personally Owned Items**

| # | Article | Disp. |
|---|---|---|
| - | Address Book | |
| | Batteries Missing 4 packs | |
| | Belt | |
| | Billfold | |
| | Books, Reading hard___ soft___ | |
| - | Books, Religious Missing hard___ Soft 8 Book w/ stamp | |
| | Brassiere | |
| | Cap, Hat | |
| | Coat | |
| | Comb | |
| | Combination Lock | |
| | Dress | |
| | Eyeglass Case | |
| | Eyeglasses | |
| | Gloves | |
| | Hairbrush/Pick JVC Gummies | |
| | Handkerchief Missing $12.95 | |
| | Headphones | |
| | Laundry Jacket | |
| | Laundry Detergent | |
| | Legal Materials | |
| | Letters | |
| | Magazines | |
| | Mirror | |
| - | Nail Clippers | |
| - | Pen/Ballpoint Missing Pack of 2 pens | |
| | Pencils | |
| | Personal Papers | |
| | Photo Album | |
| | Photo | |
| | Plastic Bowl, Plastic Spoon, cup | |

| # | Article | Disp. |
|---|---|---|
| | Plastic spoon, cup | |
| | Playing Cards | |
| | Purse Missing | |
| | Radio (w/earplug) | |
| | Religious Medal | |
| | Shirt/Blouse | |
| 1 | Shoes | |
| - | Shoes, shower Missing | |
| | Shoes, Slippers | |
| | Shorts | |
| | Skirt | |
| | Slip | |
| -1 | Socks Missing 7 socks | |
| | Socks, Athletic | |
| 20 | Stamps Missing 20 Stamps that were in Book | |
| | Stockings | |
| | Sunglasses | |
| - | Sweat pants Missing Pants | |
| | T-Shirt | |
| 1 | Sweat Shirt | |
| | Thermal Bottoms | |
| | Thermal Top | |
| 1 | Underwear | |
| | Watch/Watchband | |
| 1 | hat | |

**b. Hygiene, etc.**

| # | Article | Disp. |
|---|---|---|
| - | Aspirin Bottle Acetaminophen | |
| | Body Soap | |
| | Cotton Swabs Missing pack | |
| - | Deodorant Missing | |
| | Dental Floss | |
| | Dentures Power | |
| | Hair Oil | |
| | Petroleum Jelly | |
| | Menthol Rub | |
| - | Razor Missing 2 Big | |
| | Shampoo Missing Several | |
| | Shaving Lotion | |
| 1 | Skin Lotion Missing | |
| 1 | Soap Dish Missing | |
| | Toothbrush | |
| | Toothbrush Holder | |
| | Toothpaste Missing New Colgate Sensitive | |
| - | Tweezers Missing | |

**c. Hobby craft**

| # | Article | Disp. |
|---|---|---|

**d. Food**

| # | Article | Disp. |
|---|---|---|
| | Bean | Snickers |
| | Cake | |
| | Candy Missing Reeses Cups | |
| ✗ | Chips | |
| ✗ | Coffeemate | |
| | Cold drink mix, soda | |
| | Cough Drops | |
| | Fish Packs | |
| | Fruit | |
| | Honey, Hi-protein Missing 2 | |
| | Instant Coffee/Instant Chocolate | |
| | Mayonnaise | |
| | Oatmeal | |
| | Pepperoni | |
| 2 | Noodles Missing 1 Thai wood'd | |
| | Rice | |
| | Sausage | |
| | Spices Missing Minced Garlic - new | |
| | Tea | |
| | Vitamins All missing | |
| 1 | Peanut butter Not in Property | |
| 1 | dry milk | |

**e. Miscellaneous** (List any damaged property and from where it was received: e.g. U.S. Marshal)

14 ....
fork
spoon
bowl

8. Items Alleged by Inmate to Have Value Over $100.00

Description of Property                                           Value Alleged by Inmate

✓ No individual item over $100.00

9. Article(s) listed as "Mail" (M) Are to be forwarded to (Name and Address of Consignee):

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify it's accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate by signing below certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as donated, receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS: Never Reviewed with me

Printed Name/Signature of Receiving Officer: _____ Date: ___ Time: ___

I've today reviewed the property returned to me. _____
Signature of Inmate _____ Register # _____ Date _____ Time _____

Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS: Many Missing Items

Printed Name/Signature of Receiving Officer: C. Hurley   CH     Date: 3/22/22 Time: 0705

I have today reviewed the property returned to me. Refused to sign
Signature of Inmate _____ Register # _____ Date: 3/22/22 Time: 0705

Original: Central File; Copy: Inmate, R&D, Special Housing

Prescribed by P5510                          Replace of BP-S383 of AUG 94

SALES INVOICE   --S.B.U.--
LEWISBURG USP
MAIN
ACCOUNT No. 56677509        TF51880
TAAKE, ANDREW QUENTIN
11/22/2021 Time 09:17:07    TX ID 4263146
                            Receipt# 22

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $150.00

| QTY | DESCRIPTION | PRICE | |
|---|---|---|---|
| 1 | 1/2 GALLON CLEAR JUG | $7.75 | Missing |
| 1 | BEEF INSTANT LUNCH | $0.60 | |
| 1 | BIC STIC PENS-BLUE-2PK | $0.80 | |
| .1 | BLISTEX LIP OINTMENT | $2.15 | |
| 1 | COOL WAVE FLOSSERS | $1.45 | |
| 1 | DORITOS NACHO CHEESE | $2.45 | |
| 1 | ENERGIZER-AAA-4/PK | $2.35 | |
| .10 | FOREVER STAMP SINGLE | $5.50 | |
| 1 | GARLIC HOT SAUCE | $1.95 | |
| 1 | GARLIC POWDER | $1.25 | |
| 1 | GPX RADIO #81835 | $21.05 | Missing |
| 1 | KEEFE CREAMY P-NUT BUTTER | $3.75 | |
| 1 | LOUISIANA HOT SAUCE | $1.40 | |
| 1 | MICROWAVE BOWL 1.3QT | $3.40 | |
| .1 | MULTI VITAMIN W/ OMEGA ACID | $5.70 | |
| 1 | POCKET COMB | $0.85 | Missing |
| 1 | POKER CARDS | $1.65 | Missing |
| 1 | RAMON HOT SPICY NOODLES | $0.40 | |
| 1 | SHABANG SNACK MIX | $1.95 | |
| 1 | SPEED STICK FRESH SCENT | $2.35 | |
| 1 | THAI CHILI NOODLE | $1.05 | |
| 1 | TOOTHBRUSH HOLDER | $0.50 | |
| 1 | TWEEZERS | $1.15 | Missing |
| 1 | V05 SHAMPOO | $2.00 | |
| 1 | WIRELESS NOTEBOOK | $1.85 | |
| 2 | ZEBRA CAKE | $2.50 | |
| | # ITEMS SOLD: 36 | | |
| | CHARGE 56677509 | $77.80 | |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $72.20

Signature

SALES INVOICE   --S.B.U.--
LEWISBURG USP
MAIN
ACCOUNT No. 56677509           TF40980
TAAKE, ANDREW QUENTIN
12/06/2021 Time 09:26:57       TX ID 4266150
                               Receipt# 38

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $63.15

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | CHEETOS | $2.20 |
| 1 | DORITOS NACHO CHEESE | $2.45 |
| 1 | KEEFE CREAMY P-NUT BUTTER | $3.75 |
| 1 | NEXT1 COCOA BUTTER BAR | $1.15 |
| 1 | SOAP DISH | $0.70 |
| 1 | THAI CHILI NOODLE | $1.05 |
| 1 | UTZ BBQ CORN CHIPS | $1.15 |
| 1 | UTZ HONEY BBQ | $2.25 |
|  | # ITEMS SOLD: 8 |  |
|  | CHARGE 56677509 | $14.70 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $48.45

                Fingerprint Verified
Signature

SALES INVOICE --S.B.U.--
LEWISBURG USP
MAIN
ACCOUNT No. 56677509          TF40980
TAAKE, ANDREW QUENTIN
12/20/2021 Time 09:00:57      TX ID 4270579
                              Receipt# 16

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $187.80

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | ADIDAS KAPTIR | $79.90 |
| 1 | CHEETOS | $2.20 |
| 1 | COLGATE CAVITY PROTECTION | $3.30 |
| 1 | ENERGIZER-AAA-4/PK | $2.35 |
| .1 | FOREVER STAMP BOOK | $11.00 |
| 1 | GARLIC HOT SAUCE | $1.95 |
| 1 | KNIT WINTER HAT GRAY | $5.85 |
| 1 | KNOCKERS LG BOXER BRIEF | ($7.45) Missing 1 - $3.72 |
| 1 | KRAFT SHARP SQUEEZE CHEESE | $3.90 |
| 1 | NEXT 1 MOISTURIZING BAR | $1.15 |
| 1 | PEANUT BUTTER WAFERS | $2.85 |
| 1 | PHONE & ADDRESS | $1.70 |
| 1 | REESES CUP 8PK | $1.80 |
| 1 | SWEATPANTS W/POCKETS-XL | ($19.50) Missing |
| 1 | SWEATSHIRT-XL | $15.60 |
| 1 | THAI CHILI NOODLE | $1.05 |
| 1 | TIMBERLAND NO SHOW | ($12.95) Missing all but 1 sock out of 4 pairs |
| 1 | USP PERMAWARE | $1.70 |

# ITEMS SOLD: 18
CHARGE 56677509              $176.20

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $11.60

Fingerprint Verified
Signature

SALES INVOICE   --S.B.U.--
LEWISBURG USP
MAIN
ACCOUNT No. 56677509            TF51880
TAAKE, ANDREW QUENTIN
01/19/2022 Time 13:08:47        TX ID 4275712
                                Receipt# 14

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $284.15

| QTY | DESCRIPTION | PRICE | |
|---|---|---|---|
| 1 | ADVANCED THERAPY LOTION | $3.30 | Missing |
| 1 | ATHLETES FOOT CREAM | $2.85 | |
| 1 | BEEF INSTANT LUNCH | $0.60 | |
| 1 | BIC STIC PENS-BLK-2PK | $0.80 | |
| 1 | DISH DETERGENT AJAX | $1.40 | |
| 1 | DORITOS NACHO CHEESE | $2.45 | |
| 2 | ENERGIZER-AAA-4/PK | $4.70 | |
| 1 | FOREVER STAMP BOOK | $11.00 | |
| 1 | KEEFE CREAMY P-NUT BUTTER | $3.75 | |
| 1 | POCKET COMB | $0.85 | |
| 1 | RAMEN CHICKEN SOUP | $0.40 | |
| 1 | SPEED STICK FRESH SCENT | $2.35 | Missing Almost full |
| 1 | SUAVE BODY WASH CHARCOAL | $3.75 | Missing almost full bottle |
| 1 | THAI CHILI NOODLE | $1.05 | |
| | # ITEMS SOLD: 15 | | |
| | CHARGE 56677509 | $39.25 | |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $244.90

            Fingerprint Verified
Signature

SALES INVOICE  --S.B.U.--
LEWISBURG USP
MAIN
ACCOUNT No. 56677509           TF51880
TAAKE, ANDREW QUENTIN
01/24/2022 Time 12:31:05    TX ID 4276553
                            Receipt# 28

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $242.90

| QTY | DESCRIPTION | PRICE | |
|---|---|---|---|
| .1 | ACETAMINOPHEN | $2.35 | |
| .1 | ANTIFUNGAL POWDER | $2.60 | Missing full |
| 1 | BEEF INSTANT LUNCH | $0.60 | |
| 1 | BIC STIC PENS-BLK 2PK | $0.80 | Missing pack |
| 1 | CAJUN CHICKEN RAMEN NOODLES | $0.45 | |
| 1 | COLGATE CAVITY PROTECTION | $3.30 | |
| 1 | DIAL ANTI-BACTERIAL | $1.50 | |
| 1 | DISH DETERGENT AJAX | $1.40 | Missing full |
| 1 | DORITOS NACHO CHEESE | $2.45 | |
| 2 | ENERGIZER-AAA-4/PK | $4.70 | Missing |
| .1 | FOREVER STAMP BOOK | $11.00 | |
| 1 | PEANUT BUTTER WAFERS | $2.85 | |
| 1 | THAI CHILI NOODLE | $1.05 | |
| 1 | V05 CONDITIONER | $1.90 | Missing Almost full |
| 1 | WHITE CHEDDR CHEEZ-IT | $2.75 | |

# ITEMS SOLD: 16

CHARGE 56677509           $39.70

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $203.20

            Fingerprint Verified

Signature

SALES INVOICE    --S.B.U.--
LEWISBURG USP
MAIN
ACCOUNT No. 56677509            TF40980
TAAKE, ANDREW QUENTIN
02/16/2022 Time 08:45:06    TX ID 4282395
                            Receipt# 24

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $697.57

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | B-COMPLEX VITAMINS | $3.50 |
| 2 | ENERGIZER-AA-4/PK | $4.70 |
| 1 | FIBER TABLETS | $3.50 |
| 1 | FOREVER STAMP BOOK | $11.00 |
| 1 | SNICKERS FUN SIZE | $1.25 |

# ITEMS SOLD: 6
CHARGE 56677509            $23.95

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $673.62

Signature

*Handwritten annotations:*
- B-COMPLEX VITAMINS — "Missing full"
- ENERGIZER-AA-4/PK — "Missing Both Packs"
- FIBER TABLETS — "Missing Almost full"
- FOREVER STAMP BOOK — "Missing full"
- SNICKERS FUN SIZE — "Missing full"

```
SALES INVOICE    --S.B.U.--
LEWISBURG USP
MAIN
ACCOUNT No. 56677509              TF46754
TAAKE, ANDREW QUENTIN
02/28/2022 Time 08:19:53     TX ID 4285210
                              Receipt# 1
```

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $746.32

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | BIC STIC PENS-BLUE-2PK | $0.80 |
| 1 | COLGATE TOTAL SF | $4.80 |
| 1 | COTTON SWABS | $1.10 |
| 2 | DORITOS NACHO CHEESE | $4.90 |
| 1 | DRY MILK PARAMOUNT | $4.20 |
| 2 | ENERGIZER-AAA-4/PK | $4.70 |
| 1 | FANTA ORANGE 12PK | $4.50 |
| 1 | FOREVER STAMP BOOK | $11.00 |
| 1 | GOYA ADOBO | $2.50 |
| 1 | KEEFE CREAMY P-NUT BUTTER | $3.75 |
| 1 | MINCED GARLIC | $1.55 |
| 2 | PEANUT BUTTER WAFERS | $5.70 |
| 1 | SHRIMP INSTANT LUNCH | $0.60 |
| 1 | USP PERMAWARE | $1.70 |
| 1 | VANILLA AIR FRESHENER | $1.10 |
| 1 | WHEAT WRAP | $2.65 |
| 2 | WHITE CHEDDR CHEEZ-IT | $5.50 |
| | # ITEMS SOLD: 21 | |
| | CHARGE 56677509 | $61.05 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $685.27

              Fingerprint Verified
Signature

*[Handwritten annotation:]* Missing All items full This was Day I went to SHU 2-28-22

SALES INVOICE   --S.B.U.--
LEWISBURG USP
MAIN
ACCOUNT No. 56677509         TF46754
TAAKE, ANDREW QUENTIN
02/28/2022 Time 08:37:03    TX ID 4285250
                             Receipt# 9

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $685.27

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 2 | COLUMBIAN COFFEE | $7.80 |
|   | # ITEMS SOLD: 2 |  |
|   | CHARGE 56677509 | $7.80 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $677.47

        Fingerprint Verified
Signature

*Missing Full Day I went to SHU 2-28-22*





OVER 2 MILLION COPIES SOLD

The extraordinary adventure of one courageous Christian woman who became a militant heroine of the anti-Nazi underground.

# THE HIDING PLACE

THE TRIUMPHANT TRUE STORY OF
## CORRIE TEN BOOM
WITH JOHN AND ELIZABETH SHERRILL

BANTAM BOOKS

Inmate Name: ANDREW TAAKE
Register Number: 56677-509
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837



1 9 APR 2022

C/O: Tort Claims
Regional Counsel
Federal Bureau of Prisons
801 U.S. Customs House
Second & Chestnut Streets
Philadelphia, PA 19106

JR
4/18/22

U.S. PENITENTIARY
P.O. BOX 1000
LEWISBURG, PA 17837
DATE **1 9 APR 2022**

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."