UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

ANDREW QUENTIN TAAKE,

Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

Civil Action No. 25-3029 (EGS)

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Defendants' Motion and the entire record herein, it is hereby

ORDERED that Defendants' Motion is granted; and it is further

ORDERED that Count I of the Complaint (ECF No. 2-1 at ¶¶ 109-82) is DISMISSED as to all but the exhausted Federal Tort Claims Act ("FTCA") claims against the Bureau of Prisons; and it is further

ORDERED that Count II of the Complaint (ECF No. 2-1 at ¶¶ 183-200) is DISMISSED; and it is further

ORDERED that this case is transferred to the Middle District of Pennsylvania.

[or]

ORDERED that Defendants' Motion is denied without prejudice; and it is further

ORDERED that this case is transferred to the Middle District of Pennsylvania; and it is further

- 33 -

ORDERED that Defendants shall renew their Rule 12 motion within 21 days of the docketing of this case in the transferee district.

**SO ORDERED.**

Date: _____  _____
United States District Judge