AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| TAAKE,<br>*Plaintiff*<br>v.<br>UNITED STATES OF<br>AMERICA et al,<br>*Defendant* | )<br>)<br>)<br>)<br>)    Case No.    1:25-cv-03029-EGS |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF ANDREW TAAKE                                                                                           .

Date:     02/13/2026

/s/ Roger I Roots, Esq.
*Attorney's signature*

/s/ Roger I Roots, Esq.
*Printed name and bar number*

The Ticktin Law Group

270 SW Natura Avenue | Deerfield Beach,
Florida 33441

*Address*

General email: RRoots@LegalBrains.com

Service email: RRoots@LegalBrains.com
*E-mail address*

(775) 764-9347
*Telephone number*

*FAX number*