**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLOMBIA**

|  |  |
|---|---|
| ANDREW QUENTIN TAAKE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 25-3029 (EGS) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE

Defendants, through undersigned counsel, hereby respectfully request an enlargement of time within which to file their reply in support of their motion to dismiss and transfer (ECF No. 9).  The deadline is currently May 27, 2026, and the new the deadline would be June 26, 2026. Pursuant to Local Rule 7(m), counsel for the parties conferred and Plaintiff does not oppose the relief requested herein.

1.      On September 5, 2025, Plaintiff filed his complaint.  ECF Nos. 1, 2-1.

2.      On February 3, 2026, Defendants filed their motion to dismiss and transfer this action.  ECF No. 9.

3.      On  February 13, 2026, Plaintiff filed a consent motion for extension of time.  ECF No. 11.

4.      By Minute Order on February 17, 2026, the Court granted Plaintiff's motion and ordered the following schedule for this matter: (1) Plaintiff shall respond to Defendants' Motion for Partial Dismissal and Transfer by no later than 4/3/2026; and (2) Defendants shall file their reply by no later than 5/4/2026.

5.      On April 3, 2026, Plaintiff filed his response to Defendants' motion. ECF No. 12.

6.     By Minute Order on April 28, 2026, the Court granted Defendants' prior unopposed motion for extension of time (ECF No. 13) and ordered that Defendants shall file their reply in support of their motion to dismiss and transfer (ECF No. 9) on or before May 27, 2026.

7.     Undersigned counsel also has a robust docket.  In addition to regularly negotiating and drafting status reports in FOIA matters, undersigned counsel had a dispositive motions or reply briefs due on April 24, 2026, April 27, 2026, May 1, 2026, May 5, 2026, May 12, 2026, and May 15, 2026, has dispositive motions and other substantive briefs due on May 21, 2026, May 26, 2026, June 1, 2026, June 15, 2026, and June 17, 2026, and has a mediation scheduled for June 9, 2026. The Memorial Day holiday is May 25, 2026, and the Juneteenth federal holiday is June 19, 2026.

8.     In light of the foregoing, Defendants respectfully request that the Court grant their motion and allow them to file their reply brief on or before June 26, 2026.

A proposed Order is being filed with this motion.

\* \* \*

Dated:  May 21, 2026
        Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:  _____/s/ Sian Jones_____
     SIAN JONES, D.C. Bar #1024062
     Assistant United States Attorney
     601 D Street, NW
     Washington, D.C., 20530
     (202) 252-2578

*Attorneys for the United States of America*

- 3 -