**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLOMBIA**

| | |
|---|---|
| ANDREW QUENTIN TAAKE, | |
| Plaintiff, | |
| v. | Civil Action No. 25-3029 (EGS) |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE

Defendants, through undersigned counsel, hereby respectfully request an enlargement of time within which to file their reply in support of their motion to dismiss and transfer (ECF No. 9). The deadline is currently June 26, 2026, and the new deadline would be July 10, 2026. Pursuant to Local Rule 7(m), counsel for the parties conferred and Plaintiff does not oppose the relief requested herein.

1. On September 5, 2025, Plaintiff filed his complaint. ECF Nos. 1, 2-1.

2. On February 3, 2026, Defendants filed their motion to dismiss and transfer this action. ECF No. 9.

3. On February 13, 2026, Plaintiff filed a consent motion for extension of time. ECF No. 11.

4. By Minute Order on February 17, 2026, the Court granted Plaintiff's motion and ordered the following schedule for this matter: (1) Plaintiff shall respond to Defendants' Motion for Partial Dismissal and Transfer by no later than 4/3/2026; and (2) Defendants shall file their reply by no later than 5/4/2026.

5. On April 3, 2026, Plaintiff filed his response to Defendants' motion. ECF No. 12.

6.      By Minute Order on April 28, 2026, the Court granted Defendants' first unopposed motion for extension of time (ECF No. 13) and ordered that Defendants shall file their reply in support of their motion to dismiss and transfer (ECF No. 9) on or before May 27, 2026.

7.      By Minute Order on May 21, 2026, the Court  granted Defendants' second motion for extension of time (ECF No. 14), and ordered Defendants to file their reply in support of their motion to dismiss and transfer, ECF No. 9, on or before June 26, 2026.

8.      Undersigned counsel has a robust docket.  In addition to regularly negotiating and drafting status reports in FOIA matters, undersigned counsel had dispositive motions or reply briefs due on May 26, 2026, June 8, 2026, June 15, 2026, and June 17, 2026, and had a mediation June 9 and 10, 2026.  The Memorial Day holiday was May 25, 2026, the Juneteenth federal holiday was June 19, 2026, and undersigned counsel will be traveling for the Fourth of July holiday from July 2 to 6, 2026.

9.      Undersigned counsel has begun working on the reply brief in this matter but recently learned that additional supervisory review will be required before she is authorized to file it.  In light of other litigation obligations and scheduled leave, undersigned counsel requires additional time to complete the reply brief and receive required supervisory review.

10.     In light of the foregoing, Defendants respectfully request that the Court grant their motion and allow them to file their reply brief on or before July 10, 2026.

A proposed Order is being filed with this motion.

* * *

Dated:  June 23, 2026
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:           */s/ Sian Jones*            
     SIAN JONES, D.C. Bar #1024062
     Assistant United States Attorney
     601 D Street, NW
     Washington, D.C., 20530
     (202) 252-2578

*Attorneys for the United States of America*